MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. 085713) rkatz@manatt.com
ROBERT D. BECKER (Bar No. 160648) rbecker@manatt.com
CHRISTOPHER L. WANGER (Bar No. 164751) cwanger@manatt.com
JEFFREY J. LOKEY (Bar No. 200825) jlokey@manatt.com
GREG T. WARDER (Bar No. 209966) gwarder@manatt.com
RYAN S. HILBERT (Bar No. 210549) rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant and Counterclaimant,
INTEMATIX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INTEMATIX CORPORATION, a California corporation, <br><br> Defendant. | Case No.  C 06-03276 MHP <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING TELEPHONIC CONFERENCE** |
| INTEMATIX CORPORATION, a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> SYMYX TECHNOLOGIES, INC., a Delaware Corporation; INTERMOLECULAR, INC., a Delaware Corporation; ISY GOLDWASSER, an individual; and DAVID LAZOVSKY, an individual, <br><br> Counterclaim Respondents. | Location: Courtroom 15, 18th Floor <br> Judge: Hon. Marilyn Hall Patel |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED] ORDER TO
ADVANCE CASE MANAGEMENT CONFERENCE
CASE NO. C 06-03276 MHP

1  Plaintiff and Counterdefendant Symyx Technologies, Inc. ("Symyx"), Counterdefendant
2  Isy Goldwasser, Defendant and Counterclaimant Intematix Corporation ("Intematix"), and
3  Counterdefendants Intermolecular, Inc. and David Lazovsky, by and through their respective
4  counsel, stipulate as follows:

5  WHEREAS, the Case Management Conference in this dispute is currently scheduled for
6  October 2, 2006 at 4:00 p.m. in the above-referenced Court;

7  WHEREAS, Intematix has filed motions in advance of the Case Management Conference,
8  which Symyx has opposed;

9  WHEREAS, the current deadline by which Counterdefendants Intermolecular, Inc. and
10 David Lazovsky are to respond to the Counterclaim of Intematix is currently July 31, 2006;

11 WHEREAS, the Court has suggested, and the parties have agreed, that a conference
12 should occur before July 31, 2006 in advance of the originally scheduled Case Management
13 Conference.;

14 WHEREAS, Counterdefendants Intermolecular, Inc. and David Lazovsky are willing to
15 specially appear for the July 25, 2006 telephonic CMC and wish to expressly reserve, and not
16 waive, any rights in connection with their response to Intematix's Counterclaim.

17 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

18 1. The conference shall occur telephonically on July 25, 2006 at 3:00 p.m.;

19 2. Symyx's counsel will coordinate the appearance of all counsel on the call, and
20 then arrange to call in directly to the Court;

21 3. The parties shall file a joint status report of this case by no later than July 18,
22 2006; and

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2   STIPULATION AND [PROPOSED] ORDER TO
ADVANCE CASE MANAGEMENT CONFERENCE
CASE NO. C 06-03276 MHP

1    4.   Counterdefendants Intermolecular, Inc. and David Lazovsky will specially appear for the July 25, 2006 telephonic conference and expressly reserve, and do not waive, any rights in connection with their response to Intematix's Counterclaim.

Dated:   July 13, 2006             MANATT, PHELPS & PHILLIPS, LLP


                                   By: /s/ Ryan S. Hilbert
                                       Ryan S. Hilbert
                                       *Attorneys for Defendant and Counterclaimant,*
                                       INTEMATIX CORPORATION


Dated:   July 13, 2006             QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                   By: /s/ Brian C. Cannon
                                       Brian C. Cannon
                                       *Attorneys for Plaintiff and Counterdefendants,*
                                       SYMYX TECHNOLOGIES, INC. AND
                                       ISY GOLDWASSER

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

Dated:   July 13, 2006             LATHAM & WATKINS LLP


                                   By: /s/ Matthew Rawlinson
                                       Matthew Rawlinson
                                       *Attorneys for Counterdefendants,*
                                       INTERMOLECULAR, INC. AND
                                       DAVID LAZOVSKY

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3    STIPULATION AND [PROPOSED] ORDER TO
     ADVANCE CASE MANAGEMENT CONFERENCE
     CASE NO. C 06-03276 MHP

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. A telephonic conference shall occur on July 25, 2006 at 3:00 p.m.;

2. The parties shall file a joint status report of this case by no later than July 18, 2006; and

3. Counterdefendants Intermolecular, Inc. and David Lazovsky will specially appear for the July 25, 2006 telephonic conference and expressly reserve, and do not waive, any rights in connection with their response to Intematix's Counterclaim.

IT IS SO ORDERED.

Dated: _July 14_____, 2006

_____
Honorable _____
United _____

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*

20161222.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

STIPULATION AND [PROPOSED] ORDER TO
ADVANCE CASE MANAGEMENT CONFERENCE
CASE NO. C 06-03276 MHP