QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (State Bar No. 96737)
  Brian C. Cannon (State Bar No. 193071)
  Todd M. Briggs (State Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff,
SYMYX TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTEMATIX CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO. C 06-03276 MHP<br><br>**STIPULATION RE CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

**WHEREAS** a Case Management Conference is currently scheduled for this case on Monday, October 2, 2006, at 4:00 p.m. and a Joint Case Management Statement is due ten days prior to the conference (Docket No. 9, Clerk's Notice dated June 21, 2006);

**WHEREAS** Yom Kippur falls on October 2nd, the same day as the parties' scheduled Case Management Conference;

**WHEREAS** the parties have met and conferred and agreed to reschedule the Case Management Conference to Monday, October, 16, 2006 at 4:00 p.m. and to extend the filing date for the Joint Case Management Statement to Friday, September 22, 2006;

**NOW, THEREFORE,** the parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** to the schedule set forth above.

Dated:  September 18, 2006        QUINN EMANUEL URQUHART
                                  OLIVER & HEDGES, LLP

                                   /s/  Todd M. Briggs
                                  Todd M. Briggs
                                  Attorneys for Plaintiff
                                  Symyx Technologies, Inc.


Dated:  September 18, 2006        MANATT, PHELPS & PHILLIPS, LLP

                                   /s/  Todd M. Briggs for
                                  Christopher L. Wanger
                                  Attorneys for Defendant and Counterclaimants
                                  Intematix Corporation

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that Christopher L. Wanger, counsel for Intematix, has concurred in this filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  September 20, 2006

                                  _____
                                  Honorable
                                  United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

-1-

STIPULATION RE CASE MANAGEMENT CONFERENCE
AND JOINT CASE MANAGEMENT STATEMENT

51098/1958091.1