QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (State Bar No. 96737)
  Brian C. Cannon (State Bar No. 193071)
  Todd M. Briggs (State Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Plaintiff,
SYMYX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTEMATIX CORPORATION, a California Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 06-03276 MHP<br><br>**STIPULATION RE RESCHEDULING CASE MANAGEMENT CONFERENCE TO NOVEMBER 13, 2006** |

      **WHEREAS** a Case Management Conference ("CMC") was scheduled for October 16, 2006;

      **WHEREAS** the Court rescheduled the CMC to October 25, 2006 (Docket No. 41);

      **WHEREAS** counsel for Symyx Technologies, Inc. ("Symyx") is not available for the CMC on October 25, 2006;

      **WHEREAS** the parties have met and conferred and agreed to reschedule the CMC to Monday, November 13, 2006 at 4:00 p.m.;

      **WHEREAS** the parties further agreed that Symyx will serve its Preliminary Infringement Contentions by email on or before November 16, 2006;

1  **NOW, THEREFORE,** the parties to this action, through their respective counsel of
2  record, **AGREE TO AND HEREBY STIPULATE** to the schedule set forth above.

4  Dated: October 24, 2006                    QUINN EMANUEL URQUHART
                                              OLIVER & HEDGES, LLP

                                              /s/ Todd M. Briggs
                                              Todd M. Briggs
                                              Attorneys for Plaintiff
                                              Symyx Technologies, Inc.

10 Dated: October 24, 2006                    MANATT, PHELPS & PHILLIPS, LLP

                                              /s/ Todd M. Briggs for
                                              Jeffrey J. Lokey
                                              Attorneys for Defendant and Counterclaimant
                                              Intematix Corporation

15  I, Todd M. Briggs, am the ECF User whose identification and password are being used to
16  file this document. Pursuant to General Order 45.X.B, I hereby attest that Jeffrey J. Lokey,
17  counsel for Intematix, has concurred in this filing.

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

24 Dated: 10/25/2006

                                              Honorable
                                              United States District Judge
                                              Judge Marilyn H. Patel

   IT IS SO ORDERED