QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737) claudestern@quinnemanuel.com
  Brian C. Cannon (Bar No. 193071) briancannon@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282) toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff and Counterclaim Respondent,
SYMYX TECHNOLOGIES, INC.


MANATT, PHELPS & PHILLIPS, LLP
  Ronald S. Katz (Bar No. 085713) rkatz@manatt.com
  Christopher L. Wanger (Bar No. 164751) cwanger@manatt.com
  Jeffrey J. Lokey (Bar No. 200825) jlokey@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone:    (650) 812-1300
Facsimile:    (650) 213-0260

Attorneys for Defendant and Counterclaimant,
INTEMATIX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>INTEMATIX CORPORATION, a California corporation,<br><br>       Defendant. | CASE NO. C 06-03276 MHP<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (FRCP 41) AND [PROPOSED] ORDER THEREON** |
| INTEMATIX CORPORATION, a California corporation,<br><br>       Counterclaimant,<br><br>vs.<br><br>SYMYX TECHNOLOGIES, INC., a Delaware Corporation;<br><br>       Counterclaim Respondent. | |

Plaintiff and Counterclaim Respondent Symyx Technologies, Inc. ("Symyx") and Defendant and Counterclaimant Intematix Corporation ("Intematix"), through their respective counsel of record, hereby stipulate as follows:

1. This action and all claims and counterclaims asserted herein are dismissed with prejudice and each party waives and relinquishes any right to appeal from this dismissal order or any other order entered in this action;

2. Each party shall bear its own fees and costs in connection with this action; and

3. This Stipulation shall be made an Order of the Court.

Dated: January 8, 2007

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

/s/ Claude M. Stern
Claude M. Stern
Attorneys for Plaintiff
Symyx Technologies, Inc.

Dated: January 8, 2007

MANATT, PHELPS & PHILLIPS, LLP

/s/ Christopher L. Wanger
Christopher L. Wanger
Attorneys for Defendant and Counterclaimant
Intematix Corporation

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Christopher L. Wanger, counsel for Intematix, has concurred in this filing.

## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, IT IS ORDERED that:

1. This action and all claims and counterclaims asserted herein are dismissed with prejudice and each party waives and relinquishes any right to appeal from this dismissal order or any other order entered in this action; and

2. Each party shall bear its own fees and costs in connection with this action.

DATED: 1/8/07

HON. MARILYN HALL PATEL